# Court of Appeals
# of the State of Georgia

ATLANTA,_June 11, 2026_____

*The Court of Appeals hereby passes the following order:*

## A26A2141. LARRY KING v. THE STATE.

A jury found Larry King guilty of armed robbery and burglary, and he was sentenced as a recidivist to life in prison without parole. King appealed, and his conviction and sentence were affirmed on appeal in 2002. *King v. State*, 258 Ga. App. 872 (575 SE2d 679) (2002). In 2025, King filed a petition for review and resentence. On February 24, 2026, the trial court issued an order denying the petition. On March 31, 2026, King filed a notice of appeal.

We lack jurisdiction because, pretermitting whether the trial court's order is directly appealable, the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). Here, King filed his appeal 35 days after entry of the order denying his petition for review and resentence. Thus, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_06/11/2026_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*